

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*　　　　　　　　　*973-645-2700*
*Newark, New Jersey 07102*

December 4, 2024

**Via ECF & Electronic Mail**

Honorable Esther Salas
United States District Judge
Martin Luther King, Jr. Federal Building
　and United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

　　　　　Re:　*United States v. Anibelgica Duarte*
　　　　　　　Criminal No. 22-770

Dear Judge Salas:

　　　The trial in the above-referenced matter is currently scheduled for February 3, 2025. On October 21, 2024, the Court issued a letter setting forth submission dates for various materials in advance of trial. In particular, the Court indicated that the Government shall serve its pre-marked exhibits to counsel for Defendant on or before November 22, 2024, and that the Defendant shall serve any opposition to those exhibits by December 6, 2024. The Government respectfully requests that the submission date for its pre-marked exhibits be extended until December 9, 2024, and for the Defendant's submission date for related objections be extended until December 23, 2024. The Defendant does not object to this request. The Government appreciates the Court's consideration.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　PHILIP R. SELLINGER
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　By:　　*s/ Edeli Rivera*
　　　　　　　　　　　　　　　　　Edeli Rivera
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

SO ORDERED,

_____
Hon. Esther Salas, U.S.D.J.
Date: 12/5/2024